1
2
3
4
5
6
7
8
9
10
11

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 12 | VANESSA FEREGRINO, an individual,     ) | Civil No. 08cv2026 JM(JMA) |
| 13 |                   Plaintiff,    )<br>v.                                      ) | ORDER GRANTING JOINT MOTION |

VANESSA FEREGRINO, an individual,              )     Civil No. 08cv2026 JM(JMA)
                                               )
                     Plaintiff,                )
v.                                             )     ORDER GRANTING JOINT MOTION
                                               )     FOR DISMISSAL WITH PREJUDICE
MICRO FOCUS (us) INC., aka DELAWARE            )     [Docket No. 15]
MICRO FOCUS (US) INC., and DOES 1              )
through 25, inclusive,                         )
                                               )
                     Defendants.               )
_____       )

18    Upon the Joint Motion of the parties (Docket No. 15) and for good cause shown, this matter is

19  hereby DISMISSED with prejudice, each party to bear its own costs and fees.  The Clerk of Court is

20  directed to close the file.

21    IT IS SO ORDERED.

22  DATED:  September 14, 2009

                                               _____
23
                                               Hon. Jeffrey T. Miller
24                                             United States District Judge

25
26
27
28

1                                                           08cv2026